IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| Chris Shinn, Michael Lopez, Preslea Worrell, Bianca Tagle, Patrick Cox, Brian Demgen, Audrey Parisi, Kevin Reynolds, Brooke Shaffer, and Kraig Linville Individually, and on behalf of all others similarly situated under 29 USC 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>Las Brisas Steaks Lubbock, Ltd., Las Brisas, Inc., and Kendall Howard<br><br>*Defendants.* | Civil No. 5:17-cv-00099-C |

## JOINT STIPULATION OF DISMISSAL AND JOINT MOTION TO APPROVE FORM OF FINAL JUDGMENT

Chris Shinn, Michael Lopez, Preslea Worrell, Bianca Tagle, Patrick Cox, Brian Demgen, Audrey Parisi, Kevin Reynolds, Brooke Shaffer, Kraig Linville, William Cole, and Scott Johnston (collectively, "Plaintiffs") and Las Brisas Steaks Lubbock, Ltd., Las Brisas, Inc., and Kendall Howard (collectively, "Defendants") file this JOINT STIPULATION OF DISMISSAL AND JOINT MOTION TO APPROVE FORM OF FINAL JUDGMENT and respectfully show the Court as follows:

### A. STIPULATION OF DISMISSAL

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

1. Plaintiffs and Defendants file this Joint Stipulation of Dismissal with Prejudice and further stipulate that all costs shall be borne by the party incurring same.

2. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

3. This case was never certified or conditionally certified as a collective action.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case, but the parties hereby request entry of Final Judgment in the form of the Final Judgment submitted herewith.

6. No previous case has been previously dismissed by Plaintiffs that was based on or including the same claims and parties as those presented in this case.

7. This dismissal is WITH PREJUDICE.

   A. JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

1. Plaintiffs and Defendants respectfully request that the Court approve and enter Final Judgment, DISMISSING WITH PREJUDICE all claims brought by

Plaintiffs and that all costs of Court under 28 U.S.C. § 1920 be borne, as agreed by the Parties, by the party incurring same.

2.  The Parties respectfully request the Court to grant this Motion and enter the Final Judgment submitted herewith.

Respectfully submitted,

By: */s/ Drew N. Herrmann*
Drew N. Herrmann
Texas Bar No. 24086523
*drew@herrmannlaw.com*
Pamela G. Herrmann
Texas Bar No. 24104030
*pamela@herrmannlaw.com*

*HERRMANN LAW, PLLC*
*801 Cherry St., Suite 2365*
*Fort Worth, TX 76102*
*(817) 479-9229 – telephone*
*(817) 887-1878 – fax*
ATTORNEYS FOR PLAINTIFFS

By: _____
Robert N. Nebb
rnebb@carperlaw.com
Michael H. Carper
Law Office of Michael H. Carper, P.C.
1102 Main Street
Lubbock, Texas 79401
(806) 747-3016- telephone
(806) 747-8411- facsimile
ATTORNEY FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 2, 2018 a true and correct copy of the above document will be served on all counsel of record/pro se parties as follows:

 Robert N. Nebb         *Via CM/ECF*
 rnebb@carperlaw.com
 Michael H. Carper
 Law Office of Michael H. Carper, P.C.
 1102 Main Street
 Lubbock, Texas 79401

          */s/ Drew N. Herrmann*
          Drew N. Herrmann